**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Team Rubicon Global, Ltd.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2805737** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2000 Pennsylvania Avenue NW #7000 Washington, DC 20006-1921** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **District of Columbia** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **www.teamrubiconglobal.org**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Team Rubicon Global, Ltd.**         Case number (*if known*) _____
Name

---

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     __6242__

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

Debtor    **Team Rubicon Global, Ltd.**                                          Case number (*if known*) _____
Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

11. **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

15. **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Team Rubicon Global, Ltd.**
Name

☑ $50,001 - $100,000            ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Team Rubicon Global, Ltd.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 5, 2021**
MM / DD / YYYY

X    *William McNulty*
Signature of authorized representative of debtor

**William McNulty**
Printed name

Title    **President and Chief Executive Officer**

Founder, Team Rubicon Global; Cofounder, Team Rubicon USA

---

**18. Signature of attorney**

X    */s/ Mark D. Olivere*
Signature of attorney for debtor

Date    **March 5, 2021**
MM / DD / YYYY

**Mark D. Olivere 4291**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 295-0191**    Email address    **olivere@chipmanbrown.com**

**4291 DE**
Bar number and State

---

**TEAM RUBICON GLOBAL, LTD.**

Consent of the Board of Directors
Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware

The undersigned, being all of the members of the board of directors (the "Board") of Team Rubicon Global, Ltd., a Delaware non-profit, nonstock corporation (the "Company"), pursuant to Section 141(f) of the General Corporation Law of the State of Delaware (the "General Corporation Law"), hereby adopt the following resolutions by written consent (this "Consent"):

WHEREAS, the Board has considered the financial and operational conditions of the Company's business; and

WHEREAS, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, stakeholders, and other interested parties, that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

FURTHER RESOLVED, that William McNulty, the Company's President and Chief Executive Officer, and any other officer or person designated and so authorized to act (each, an "Authorized Person") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company (a) to execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Chipman Brown Cicero & Cole, LLP as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 7 of the Bankruptcy Code, and the officers of

the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

FURTHER RESOLVED, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

FURTHER RESOLVED, that the acts, actions and transactions heretofore taken by the officers of the Company or the Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, each of the undersigned directors, collectively constituting all of the members of the Board, has executed this Consent on the date set forth below his name.

*[Signature Page Follows]*

_____

William McNulty

Dated:___03 March 2021_____


_____

Ole Fauske

Dated: 03 March 2021_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM RUBICON GLOBAL, LTD., | Case No. 21-XXXXX (XXX) |
| Debtor. | |

## <u>LIST OF EQUITY SECURITY HOLDERS</u>

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Team Rubicon Global, Ltd. (the "**Corporation**") hereby provides that the Corporation is a non-profit, nonstock corporation under the General Corporation Law of the State of Delaware.  The Corporation does not have the authority to issue capital stock and has no equity holders.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM RUBICON GLOBAL, LTD., | Case No. 21-XXXXX (XXX) |
| Debtor. | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the authorized officer of Team Rubicon Global, Ltd. certifies that there are no entities to report under Bankruptcy Rule 7007.1.

**Fill in this information to identify the case:**

Debtor name    **Team Rubicon Global, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 5, 2021**        X    *William McNulty*
                                             Signature of individual signing on behalf of debtor

                                         **William McNulty**
                                         Printed name

                                         **President and Chief Executive Officer**
                                         Position or relationship to debtor

                                         Founder, Team Rubicon Global; Cofounder, Team Rubicon USA

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TEAM RUBICON GLOBAL, LTD.,<br>Debtor. | Chapter 7<br><br>Case No. 21-XXXXX (XXX) |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.       Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Chipman Brown Cicero & Cole, LLP ("**CBCC**" or the "**Firm**") are attorneys for the above-named debtor (the "**Debtor**") and that compensation paid to the Firm within one year before the filing of the petition of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, CBCC agreed to accept: | $25,000.00[1] |
| Prior to the filing of this statement, CBCC received: | $25,000.00 |
| Balance Due | $0.00 |

2.       The source of the compensation paid to the Firm was:

■ Debtor          Other (Specify)

3.       The source of compensation to be paid to the Firm was:

■ Debtor          Other (Specify)

4.

■ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

      The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.       In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy case until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

---

[1]       Prior to the Petition Date and pursuant to a written engagement agreement, on February 23, 2021, the Firm received a $25,000.00 flat fee (the "**Fee**") from the Debtor.  The Fee was fully earned by the Firm upon receipt from the Debtor and was transferred from the Firm's attorney trust account to its operating account prior to the filing of this case.

     a.       advise in connection with the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;

     b.       representation of the Debtor at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

     c.       representation of the Debtor as may otherwise be required to advise the Debtor regarding its rights and responsibilities as a debtor under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtor in this bankruptcy proceeding.

Dated:  March 5, 2021                **CHIPMAN BROWN CICERO & COLE, LLP**
        Wilmington, Delaware

                                    */s/ Mark D. Olivere*
                                  Mark D. Olivere (No. 4291)
                                  1313 North Market Street
                                  Suite 5400
                                  Wilmington, Delaware 19801
                                  Telephone:    (302) 295-0191
                                  Facsimile:    (302) 295-0199
                                  Email:       olivere@chipmanbrown.com

                                  *Counsel for the Debtor*

**United States Bankruptcy Court**

**District of Delaware**

In re    **Team Rubicon Global, Ltd.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  5, 2021**

*William McNulty*

**William McNulty/President and Chief Executive Officer**
Signer/Title

Founder, Team Rubicon Global; Cofounder, Team Rubicon USA

TEAM RUBICON GLOBAL, LTD.
2000 PENNSYLVANIA AVENUE NW #7000
WASHINGTON, DC 20006-1921

ADAM MILLER
C/O CORNERSTONE ON DEMAND
1601 CLOVERFIELD BLVD #600S
SANTA MONICA, CA 90404

ADAM SZAFRAN
40 FARWELL BROOK RD
GRAY, ME 04039

ADMIRAL ELIZABETH TRAIN
3811 SHELLEY LANE
ANNANDALE, VA 22003

ADOBE
345 PARK AVENUE
SAN JOSE, CA 95110-2704

ALLIANCE MEMBER SERVICES
333 FRONT ST STE 200
SANTA CRUZ, CA 95060-4533

ALLIANCE OF NONPROFITS FOR INSURANCE
PO BOX 8507
SANTA CRUZ, CA 95060-8507

AMAZON
CORPORATE HEADQUATERS
410 TERRY AVE. NORTH
SEATTLE, WA 98109-5210

APPLE
CORPORATE HEADQUATERS
1 APPLE PARK WAY
CUPERTINO, CA 95014

ASCENSUS
CORPORATE HEADQUATERS
200 DRYDEN RD E
DRESHER, PA 19025-0003

BEST BUY
1093 W RIVERDALE RD
OGDEN, UT 84405

BILL.COM, INC.
HEADQUARTERS
6220 AMERICA CENTER DRIVE, SUITE 100
SAN JOSE, CA 95002

BLS EUROPE REGISTRY
35-39 MOORGATE
LONDON EC2R 6AR, UNITED KINGDOM

BOX, INC.
900 JEFFERSON AVE
REDWOOD CITY, CA 94063

BOX.COM
BOX, INC.
900 JEFFERSON AVE
REDWOOD CITY, CA 94063

BRIGADIER GENERAL OLE FAUSKE
C/O TEAM RUBICON NORGE
PO 69
2024, GJERDRUM, NORWAY

CANADA CRA
1050 NOTRE DAME AVENUE
SUDBURY, ON P3A 5C2

CHASE BANK
270 PARK AVENUE
NEW YORK, NY 10017

CHASE BANK
4919 MEMORIAL HWY, FL 1
TAMPA, FL 33634-7509

CHASE BANK HEADQUARTERS
270 PARK AVENUE
NEW YORK, NY 10017

CHASE CARD
4919 MEMORIAL HWY, FL 1
TAMPA, FL 33634-7509

CHASE CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL 60197-6294

CHUBB
ACE AMERICAN INSURANCE COM
ATTN: BOX #10678
5505 N. CUMBERLAND AVE, STE 307
CHICAGO, IL 60656-1471

CHUBB NORTH AMERICAN CLAIM
PO BOX 5122
SCRANTON, PA 18505-0554

COGENCY GLOBAL INC.
600 WILSHIRE BLVD #980
18TH FLOOR
LOS ANGELES, CA 90017

COMMONWEALTH OF MASSACHUSETTS
305 SOUTH ST
JAMAICA PLAIN, MA 02130

DAVID CHINN
C/O MCKINSEY & CO
THE POST BUILDING
100 MUSEUM ST
LONDON WC1A 1PB, UNITED KINGDOM

DAVID FASCINATO
131 EASTWOOD RD
TORONTO ON M42E1

DELTA
1030 DELTA BLVD
ATLANTA, GA 30354

DIGITALOCEAN HQ
101 AVENUE OF THE AMERICAS
NEW YORK, NY 10013

DISASTER RELIEF AUSTRALIA
1/299 ELIZABETH STREET
SYDNEY NSW 2000 AUSTRALIA

DR. CHARLES KALMBACH
4136 SPRING ISLAND
OKATIE, SC 29909

E-RISK SERVICES, LLC
NORTHWEST PROFESSIONAL CENTER
227 US HWY 206
SUITE 302
FLANDERS, NJ 07836-9174

ED HILL
1817 19TH ST NW APT 3
WASHINGTON, DC 20009

EMT UTAH
1135 S W TEMPLE #100
SALT LAKE CITY, UT 84101

EUROPE REGISTRY
35 - 39 MOORGATE
LONDON EC2R 6AR, UNITED KINGDOM

EXPENSIFY
88 KEARNY STREET, STE 1600
SAN FRANCISCO, CA 94108-5543

FACEBOOK
1601 WILLOW ROAD
MENLO PARK, CA 94025

FILION WAKELY THORUP ANGELETTI, LLP
BAY ADELAIDE CENTRE
333 BAY STREET, SUITE 2500
TORONTO, ONTARIO M5H 2R2, CANADA

FOUNDERS PROFESSIONAL LLC
2038 1ST AVENUE SOUTH
SAINT PETERSBURG, FL 33712

GARMIN
1200 E. 151ST STREET
OLATHE, KS 66062-3426

GAUNTLETT & ASSOCIATES
18400 VON KARMAN, STE 300
IRVINE, CA 92612

GENERAL DAVID PETRAEUS
C/O KKR
9 WEST 57TH STREET SUITE 4200
NEW YORK, NY 10019

GENERAL NICK PARKER
C/O RE:ACT DISASTER RESPONSE
SALISBURY
SP3 5DU, UNITED KINGDOM

GEOFF TRUKENBROD
3519 N HERMITAGE AVE
CHICAGO, IL 60657

GEOFFREY EVANS
57 PRINCE EDWARD STREET
MALABAR, NSW, 2036
AUSTRALIA

GEORDIE YOUNG
C/O GLUSKIN SCHEFF
333 BAY ST #5100
TORONTO, ON M5H 2R2, CANADA

GO DADDY
14455 HAYDEN ROAD, SUITE 100
SCOTTSDALE, AZ 85260

GOOGLE APPS
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

GUSTO
525 20TH STREET #405
SAN FRANCISCO, CA 94107

HERTZ
8501 WILLIAMS ROAD
ESTERO, FL 33928

HOFFMAN INSTITUTE FOUNDATION
1299 4TH STREET, 6TH FLOOR
SAN RAFAEL, CA 94901

INTUIT QUICKBOOKS
INTUIT CORPORATE HEADQUART
2632 MARINE WAY
MOUNTAIN VIEW, CA 94043

JAKE WOOD
C/O TEAM RUBICON USA
6171 W CENTURY BLVD #310
LOS ANGELES, CA 90045

JAKE WOOD
C/O TEAM RUBICON USA
300 NORTH CONTINENTAL BLVD
SUITE 150
EL SEGUNDO, CA 90245

KATZ, MARSHALL & BANKS, LLP
ATTN: AVI KUMIN
1718 CONNECTICUT AVENUE, NW
6TH FLOOR
WASHINGTON, DC 20009

KESSELMAN BRANTLY STOCKINGER
1230 ROSECRANS AVE SUITE 400
MANHATTAN BEACH, CA 90266

KIRK JACKSON
11300 NORTHVIEW DR
ALEDO, TX 76008

LIBERTY MUTUAL INSURANCE COMPANY
175 BERKELEY STREET
BOSTON, MA 02116

MAILCHIMP
THE ROCKET SCIENCE GROUP, LLC
675 PONCE DE LEON AVE NE
ATLANTA, GA 30308

MAJOR GENERAL MICK SLATER
C/O DISASTER RELIEF AUSTRALIA
1/299 ELIZABETH STREET
SYDNEY NSW 2000 AUSTRALIA

MAKEOFFICES
2000 PENNSYLVANIA NW
SUITE 7000
WASHINGTON, DC 20006

MAKEOFFICES
3100 CLARENDON BOULEVERD SUITE 200
ARLINGTON, VA 22201

METRICS CHARTERED PROFESSIONAL ACCOUNTING
602 BROUGHTON ST UNIT 300
VICTORIA, BC V8W 1C7, CANADA

MISSION EDGE
2820 ROOSEVELT DRIVE #104
SAN DIEGO, CA 92106

MO 2000 PENN, LLC
2000 PENNSYLVANIA NW
SUITE 7000
WASHINGTON, DC 20006

NATIONAL REGISTRY
6610 BUSCH BLVD
COLUMBUS, OH 43229

PWC CHARITABLE FOUNDATION
300 MADISON AVENUE
NEW YORK, NY 10017

PWC FOUNDATION
4040 W BOYSCOUT BLVD.
TAMPA, FL 33607

RE:ACT DISASTER RESPSONE
SALISBURY
SP3 5DU
UNITED KINGDOM

SCOTTSDALE INSURANCE COMPANY
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215

SCOTTSDALE INSURANCE COMPANY
8877 NORTH GAINEY CENTER DRIVE
SCOTTSDALE, AZ 85258

SMALLPDF
STEINSTRASSE 21
ZURICH, CH

SOFTWAREKEEP CA
1231 PACIFIC BLVD
VANCOUVER, BC V6Z 0E2, CANADA

SPIN TECHNOLOGY, INC.
2100 GENG RD #210
PALO ALTO, CA 94303

SPOKEO
119 SOUTH LOS ROBLES AVENU
PASADENA, CA 91101

SPRUSON & FERGUSON
GPO BOX 3898
SYDNEY NSW 2001
AUSTRALIA

STARR FOUNDATION
399 PARK AVENUE, 3RD FLOOR
NEW YORK, NY 10022

T-MOBILE
3618 FACTORIA BLVD SE
BELLEVUE, WA 98006

TEAM RUBICON CANADA
4230 SHERWOODTOWN BLVD STE 200
MISSISSAUGA, ON L4Z 2GT CANADA

TEAM RUBICON NORGE
PO BOX 69
2024, GJERDRUM, NORWAY

TEAM RUBICON UK
CHILMARK
SALISBURY
SP3 5DU

TEAM RUBICON USA
6171 W. CENTURY BLVD., SUITE 31
LOS ANGELES, CA 90045

TEAM RUBICON, INC.
1030 WEST HILLCREST BLVD.
INGLEWOOD, CA 90301

TRANSAMERICA
4333 EDGEWOOD ROAD NE
CEDAR RAPIDS, IA 52499

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA
485 LEXINGTON AVENUE
NEW YORK, NY 10017

UBER TECHNOLOGIES INC.
1455 MARKET ST, 4TH FL
SAN FRANCISCO, CA 94103

UNDERHILL INSURANCE AGENCY
5951 CANOGA AVENUE
WOODLAND HILLS, CA 91367

UNDERHILL INSURANCE AGENCY, INC.
PO BOX 6545
WOODLAND HILLS, CA 91365

UNITED HEALTHCARE
5901 LINCOLN DR
MINNEAPOLIS, MN 55440

UPS
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

USPS
475 L'ENFANT PLAZA SW
WASHINGTON, DC 20260-0010

USPS
2577 N HWY 162
EDEN, UT 84310

WAL-MART
702 SW 8TH STREET
BENTONVILLE, AR 72712

WAL-MART
1959 WALL AVE
OGDEN, UT 84401

WALGREENS
200 WILMOT RD
MS #2002
DEERFIELD, IL 60015

WALGREENS
1208 WASHINGTON BLVD
OGDEN, UT 84404

WEGNER LLP CPA
2921 LANDMARK PLACE, SUITE 300
MADISON, WI 53713

WILLIAM MCNULTY
4378 SUNRISE DRIVE
EDEN, UT 84310

ZELLE PAY
16552 N 90TH ST
SCOTTSDALE, AZ 85260-1619

ZELLE PAY
CHASE BANK
4919 MEMORIAL HWY, FL 1
TAMPA, FL 33634-7509

ZUBAS & ASSOCIATES
ATTN: DANIEL HASSELL AND TED FLELL
191 JOHN STREET
SUITE 300
TORONTO, ONTARIA M5T 1X3