**SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMER REGARDING
DEBTOR'S SCHEDULES AND STATEMENTS**

The Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**" and together with the Schedules, the "**Bankruptcy Schedules**") of Team Rubicon Global, Ltd. (the "**Debtor**"), have been prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Chief Executive Officer (the "**CEO**") of the Debtor and are unaudited.  These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (the "**Global Notes**") comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

The information provided herein, except as otherwise noted, is as of the close of business on March 4, 2021, the last date prior to the date of filing of the Debtor's bankruptcy cases (the "**Petition Date**") on which financial information was available.  Although the CEO has made reasonable efforts to ensure that the Bankruptcy Schedules are as complete and accurate as possible in light of the circumstances, there can be no assurance that these Bankruptcy Schedules are, in fact, complete or accurate.

All values set forth in Schedule A/B 41 reflect the estimated current value of the Debtors' assets as of March 4, 2021.  However, the majority of these assets are in the possession of former employees and/or are believed to be in transit from a former employee to the CEO as of the Petition Date, and the current value is approximated.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtor reserves all of its rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.  The Debtor is aware of certain former employees of the Debtor who have alleged claims against the Debtor in connection with alleged severance agreements.  The Debtor has been advised that these severance agreements are invalid and unenforceable.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.

None of the CEO nor the attorneys for the Debtor guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

The Debtor reserves all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

**Fill in this information to identify the case:**

Debtor name    **Team Rubicon Global, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

　　　1a. **Real property:**
　　　　　Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

　　　1b. **Total personal property:**
　　　　　Copy line 91A from *Schedule A/B*.................................................................................. $ _____ 411,678.96

　　　1c. **Total of all property:**
　　　　　Copy line 92 from *Schedule A/B*.................................................................................... $ _____ 411,678.96

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
　　　Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ 0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

　　　3a. **Total claim amounts of priority unsecured claims:**
　　　　　Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................ $ _____ 0.00

　　　3b. **Total amount of claims of nonpriority amount of unsecured claims:**
　　　　　Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ _____ 88,660.50

4.    **Total liabilities** ..................................................................................................................
　　　Lines 2 + 3a + 3b                                                                                        $ _____ 88,660.50

**Fill in this information to identify the case:**

Debtor name  **Team Rubicon Global, Ltd.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking Account** | **5226** | $107,574.96 |
| 3.2. | **Chase Bank** | **SBA Loan** | **2001** | $47,275.00 |
| 3.3. | **Chase Bank** | **SBA Loan** | **5632** | $31,250.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $186,099.96 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Team Rubicon Global, Ltd.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 8.1. | **Prepayment on United Health Care Insurance** | **$11,114.00** |
|---|---|---|

---

| 9. | **Total of Part 2.** | **$11,114.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | |
|---|---|---|---|
| | 11a. 90 days old or less: | **200,000.00**   -   **0.00**   = .... | **$200,000.00** |
| | | face amount     doubtful or uncollectible accounts | |

---

| 12. | **Total of Part 3.** | **$200,000.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See attached** | **$0.00** | | **$14,465.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Team Rubicon Global, Ltd.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$14,465.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Team Rubicon Global, Ltd.** | Case number *(If known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $186,099.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,114.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $200,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,465.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $411,678.96 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $411,678.96 |

**ATTACHMENT TO SCHEDULE A/B**

| Description | Estimated Current Value in USD |
|---|---|
| Dell Latitude 7480 Laptop (Ser. No. 13280640086) and accompanying laptop charger | $400 |
| Dell Professional P2717H 27" Monitors (Ser. No. CN-0YKNFG-74445-65A-324B-A00) | $200 |
| Iridium Sat Phones Model 9575 (each unit including the following accessories: 1 battery; 5 power adapters; 1 power & USB adapter; 1 antenna; 1 Model 9575 antenna powerUSB adapter; 1 USB charging cable; 1 car charger; 1 wall charger; and 1 hands free earpiece) (Ser. No. 300215011314090) | $1,000 |
| Cobham Explorer 510 Terminals (each unit including the following accessories: 1ethernet-to-USB adapter; 1 power cable; and 1 power adapter); (Ser. No. 357889060018418) | $1,750 |
| Eight (8) Inmarsat Isatphone2 (Ser. Nos. 353032044133227; 353032043906516; 353032044134605; 353032044134415; 353032044005656; 353032044003180; 353032044134803 and 353032044002785) | $5,200 ($650 each) |
| MacBook Pro (Ser. No. C02VQ2B4HTD9) | $600 |
| DeLorme InReach Explorer Global Sat Nav Model INRCH25 (with the following accessories: 1 micro-USB cable; 1 wall charger; and 1 lanyard) | $100 |
| Canon 5D Mark IV Camera (Ser. No. 172056000463) | $980 |
| Canon 70-200mm f2.8 lens (Ser. No. 5730002642) | $680 |
| Canon 24-70 f2.8 lens | $425 |
| One 128GB Transcend data card and one 128GB SanDisk data card | Unknown |
| Two (2) Canon 5D batteries and (1) Canon 5D charger | $30 ($10 each) |
| One (1) Watson 5D battery | $10 |
| Six (6) Canon lens filters; (2) UV, (2) Neutral Density, (1) Rapid ND 77mm, Exume magnet filter system | Unknown |
| DJI Mavic Air - UAV package (including batteries, charger, filters) (Ser. No. 0K1DF1A3BD3QLJ); Item includes 3 batteries, charger and lens filters | $400 |
| MeFoto travel tripod | $30 |
| Two (2) LaCie 5TB drives (Ser. Nos. NL35GQW9; and NL35GQAV) | $60 ($30 each) |
| GoPro Hero 6 (Ser. No. C3221325197399) | $100 |
| Three (3) GoPro batteries SD cards, charging accessories, and a Tenba carrying case | $50 ($10 each) |

| Description | Estimated Current Value in USD |
|---|---|
| Audio Technica headphones | $50 |
| Shure VP83 microphone & high wind screen | $100 |
| Tenba Roadie Backpack | $40 |
| ProFoto A1 flash | $400 |
| Ronin-S gimbal stabilizer system w/ accessories/case | $300 |
| Inmarsat satellite phone #35303204413485 | Unknown |
| Five (5) Inmarsat Isatphone 2 (Ser nos. 898709917416679920; 898709917416679923; 898709917416679916; 898709917416679922; 898709917416677788) | Unknown |
| Six (6) Microsoft SurfacePro 4 (Ser nos. 37775670253; 9888263953; 37377164363; 19289670253; 65693664653; 11106564553) | $300 ($50 each) |
| MacBook Pro (Ser no. C02CJEHYP3XY) | $600 |
| MacBook Air (Ser no. C1MTM01GH3QJ) | $300 |
| Macbook Air (C02QH58NG940) | $300 |
| Two (2) Lacie 1T hard drivers | $60 ($30 each) |
| **Estimated Current Value in USD** | **$14,465** |

**Fill in this information to identify the case:**

Debtor name    **Team Rubicon Global, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name   **Team Rubicon Global, Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Adam Szafran**
**40 Farwell Brook Rd**
**Gray, ME 04039**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:   **Severance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.18 |
| --- | --- | --- | --- |

**Adobe**
**345 Park Avenue**
**San Jose, CA 95110-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:   **Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.74 |
| --- | --- | --- | --- |

**Box, Inc.**
**900 Jefferson Ave**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:   **Cloud storage**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,047.84 |
| --- | --- | --- | --- |

**Chase**
**270 Park Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/01/20**

Last 4 digits of account number  **2001**

Basis for the claim:   **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Team Rubicon Global, Ltd.**                                    Case number (if known) _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,250.00 |

**Chase Bank**
**270 Park Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/09/21

Basis for the claim:  PPP Loan

Last 4 digits of account number  6322

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chase Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Credit Card

Last 4 digits of account number  6278

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Fascinato**
**131 Eastwood Rd**
**Toronto ON M42E1**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Litigation/Wages

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.54 |

**DigitalOcean**
**101 Avenue of the Americas**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Website server

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ed Hill**
**1817 19th St NW Apt 3**
**Washington, DC 20009**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Severance

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |

**Gusto**
**525 20th Street #405**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Payroll services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.20 |

**Intuit Quickbooks**
**Intuit Corporate Headquarters**
**2632 Marine Way**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Accounting software

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Team Rubicon Global, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,027.00** |
|---|---|---|---|

**Kesselman Brantly Stockinger**
**1230 Rosecrans Ave Suite 400**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kirk Jackson**
**11300 Northview Dr**
**Aledo, TX 76008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**MakeOffices**
**2000 Pennsylvania NW**
**Suite 7000**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Katz, Marshall & Banks, LLP**<br>**Attn: Avi Kumin**<br>**1718 Connecticut Avenue, NW**<br>**6th Floor**<br>**Washington, DC 20009** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Katz, Marshall & Banks, LLP**<br>**Attn: Avi Kumin**<br>**1718 Connecticut Avenue, NW**<br>**6th Floor**<br>**Washington, DC 20009** | Line **3.9**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Katz, Marshall & Banks, LLP**<br>**Attn: Avi Kumin**<br>**1718 Connecticut Avenue, NW**<br>**6th Floor**<br>**Washington, DC 20009** | Line **3.13**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Zubas & Associates**<br>**Attn: Daniel Hassell and Ted Flell**<br>**191 John Street**<br>**Suite 300**<br>**Toronto, Ontario M5T 1X3** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ ____ |

Debtor    **Team Rubicon Global, Ltd.**                                   Case number (if known) _____
　　　　　　 Name

**5b. Total claims from Part 2**                         5b.　+　$ _____ 0.00
                                                              88,660.50

**5c. Total of Parts 1 and 2**                           5c.　$ _____ 88,660.50
　　 Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name   **Team Rubicon Global, Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract   _____ | **See Schedule G Attachment** |

**ATTACHMENT TO SCHEDULE G**

| ID | Description of Contract or Lease | Notice Parties Names & Addresses | |
|---|---|---|---|
| 2.1 | Trademark Sublicense Agreement between Team Rubicon Global, Ltd. and Team Rubicon Australia Limited<br>Term: 11/25/16-11/25/21 | Address for Service:<br>Spruson & Ferguson<br>GPO Box 3898<br>Sydney NSW 2001<br>Australia | |
| 2.2 | Trademark Sublicense Agreement between Team Rubicon Global, Ltd. and Team Rubicon Canada<br>Term: 11/17/16-11/17/21 | Licensee:<br>Team Rubicon Canada<br>4230 Sherwoodtowne Blvd<br>Suite 200<br>Mississauga, ON L4Z 2G6 Canada | |
| 2.3 | Operating Agreement between Team Rubicon Global, Ltd. and Team Rubicon Canada dated 11/17/16 | Team Rubicon Canada<br>4230 Sherwoodtowne Blvd<br>Suite 200<br>Mississauga, ON L4Z 2G6 Canada | |
| 2.4 | Trademark Sublicense Agreement between Team Rubicon Global, Ltd. and Team Rubicon Norge<br>Term: 3/18/19-3/18/24 | Licensee:<br>Ole Asbjørn Fauske<br>Styreleder<br>Team Rubicon Norge<br>Pb. 69<br>2024, Gjerdrum, Norway<br>fauske@teamrubiconnor.no | |

| ID | Description of Contract or Lease | Notice Parties Names & Addresses | |
|---|---|---|---|
| 2.5 | Trademark SubLicense Agreement between Team Rubicon Global, Ltd. and Team Rubicon United Kingdom<br>Term: 10/24/16-10/24/21 | Licensee:<br>Nick Parker<br>Team Rubicon UK<br>Chilmark<br>Salisbury<br>SP3 5DU<br>parker@teamrubiconuk.org | |
| 2.6 | Operating Agreement between Team Rubicon Global, Ltd. and Team Rubicon United Kingdom dated 10/23/16 | Nick Parker<br>Team Rubicon UK<br>Chilmark<br>Salisbury<br>SP3 5DU<br>parker@teamrubiconuk.org | William McNulty<br>300 North Continental Boulevard Suite 150<br>El Segundo, CA  90245<br>mcnulty@teamrubiconglobal.org |
| 2.7 | Master Trademark License Agreement between Team Rubicon, Inc. and Team Rubicon Global, Ltd.<br>Term: 10/9/15-10/19/35 | Licensor:<br>Jake Wood<br>300 North Continental Boulevard<br>Suite 150<br>El Segundo, CA 90245<br>wood@teamrubiconusa.org | |
| 2.8 | License Agreement between MO 2000 Penn, LLC and Team Rubicon Global, Ltd. | MakeOffices<br>2000 Pennsylvania NW<br>Suite 7000<br>Washington, DC 20006 | MO 2000 Penn, LLC<br>2000 Pennsylvania NW<br>Suite 7000<br>Washington, DC 20006 |
| 2.9 | Grant Agreement between PWC Charitable Foundation, Inc. and Team Rubicon Global, Ltd. | PwC Charitable Foundation<br>4040 W. Boyscout Blvd.<br>Tampa, FL 33607 | PwC Charitable Foundation<br>300 Madison Avenue<br>New York, NY 10017 |

| ID | Description of Contract or Lease | Notice Parties Names & Addresses | |
|---|---|---|---|
| 2.10 | Grant Agreement between Starr Foundation and Team Rubicon Global, Ltd. | Starr Foundation<br>399 Park Avenue, 3rd Floor<br>New York, NY 10022 | |
| 2.11 | Business and Management Indemnity Policy (EKS3329257; Policy Term 4/21/20-4/21/21) | E-Risk Services, LLC<br>Northwest Professional Center<br>227 US Hwy 206<br>Suite 302<br>Flanders, NJ 07836-9174 | Scottsdale Insurance Company<br>One Nationwide Plaza<br>Columbus, OH 43215<br><br>Scottsdale Insurance Company<br>8877 North Gainey Center Drive<br>Scottsdale, AZ 85258 |
| 2.12 | Team Rubicon Global Employment Letter Offer to William McNulty | William McNulty<br>4378 Sunrise Drive<br>Eden, UT 84310 | |
| 2.13 | Commercial Insurance Policy issued by ACE American Insurance Company (PHFD38455308 006; Policy Term 5/12/20-5/12/21) | Founders Professional LLC<br>2038 1st Avenue South<br>St. Petersburg, FL 33712<br>Matt.DeCew@founderspro.com | Chubb<br>ACE American Insurance Company<br>ATTN: Box #10678<br>5505 N. Cumberland Ave.<br>Suite 307<br>Chicago, IL 60656-1471<br><br>Chubb North American Claims<br>P.O. Box 5122<br>Scranton, PA 18505-0554 |
| 2.14 | Workers Compensation and Employers Liability Policy (6JUB-1K03510-5-20 (Renewal of 6JUB-1K03510-5-19)); Policy Term 10/31/20-10/31/21) | Travelers Property Casualty Company of America<br>P.O. Box 5600<br>Hartford, CT 06102 | Broker:<br>Underhill Insurance Agency, Inc.<br>P.O. Box 6545<br>Woodland Hills, CA 91365 |

| ID | Description of Contract or Lease | Notice Parties Names & Addresses | |
|---|---|---|---|
| 2.15 | Commercial Lines/Business Auto Policy (2020-42589; Policy Term 8/2/20-8/2/21) | Alliance of Nonprofits for Insurance<br>P.O. Box 8507<br>Santa Cruz, CA 95060-8507 | Broker:<br>Underhill Insurance Agency, Inc.<br>P.O. Box 6545<br>Woodland Hills, CA 91365 |
| 2.16 | Westchester International Advantage Foreign Package Policy | | Broker:<br>Underhill Insurance Agency, Inc.<br>P.O. Box 6545<br>Woodland Hills, CA 91365 |
| 2.17 | David Fascinato Severance Agreement dated November 25, 2019 | David Fascinato<br>131 Eastwood Road<br>Toronto, Canada M4L 2E1 | |
| 2.18 | Edward Hill Severance Agreement dated November 23, 2019 | Edward Hill<br>1817 19th St NW, Apt 3<br>Washington, DC 20009 | |
| 2.19 | Kirk Jackson Severance Agreement dated November 24, 2019 | Kirk Jackson<br>11300 Northview Drive<br>Aledo, TX 76008 | |
| 2.20 | Adam Szafran Severance Agreement dated December 9, 2019 | Adam Szafran<br>40 Farwell Brook Road<br>Gray, ME 04039 | |

**Fill in this information to identify the case:**

Debtor name __**Team Rubicon Global, Ltd.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | | | | ☐ G |
| | | City   State   Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | | | | ☐ G |
| | | City   State   Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | | | | ☐ G |
| | | City   State   Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | | | | ☐ G |
| | | City   State   Zip Code | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Team Rubicon Global, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 5, 2021**        X *William McNulty*
                                          Signature of individual signing on behalf of debtor

                                          **William McNulty**
                                          Printed name

                                          **President and Chief Executive Officer**
                                          Position or relationship to debtor

                                          Founder, Team Rubicon Global; Cofounder, Team Rubicon USA

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**