# Notice Recipients

District/Off: 0311−1   User: admin   Date Created: 03/16/2021
Case: 21−10522−JTD   Form ID: van043   Total: 108

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
aty   Mark D. Olivere   olivere@chipmanbrown.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Team Rubicon Global, Ltd.   2000 Pennsylvania Avenue NW #7000   Washington, DC 20006−1921
tr   Alfred T. Giuliano   Giuliano Miller & Co., LLC   2301 E. Evesham Road   Pavillion 800, Suite 210   Voorhees, NJ 08043
15873490   ADAM MILLER   C/O CORNERSTONE ON DEMAND   1601 CLOVERFIELD BLVD #600S   SANTA MONICA, CA 90404
15873491   ADAM SZAFRAN   40 FARWELL BROOK RD   GRAY, ME 04039
15873492   ADMIRAL ELIZABETH TRAIN   3811 SHELLEY LANE   ANNANDALE, VA 22003
15873493   ADOBE   345 PARK AVENUE   SAN JOSE, CA 95110−2704
15874094   ALLIANCE MEMBER SERVICES   300 PANETTA AVE   SANTA CRUZ CA 95060−6372
15873495   ALLIANCE OF NONPROFITS FOR INSURANCE   PO BOX 8507   SANTA CRUZ, CA 95060−8507
15873496   AMAZON   CORPORATE HEADQUATERS   410 TERRY AVE. NORTH   SEATTLE, WA 98109−5210
15873497   APPLE   CORPORATE HEADQUATERS   1 APPLE PARK WAY   CUPERTINO, CA 95014
15873498   ASCENSUS   CORPORATE HEADQUATERS   200 DRYDEN RD E   DRESHER, PA 19025−0003
15873499   BEST BUY   1093 W RIVERDALE RD   OGDEN, UT 84405
15873500   BILL.COM, INC.   HEADQUARTERS   6220 AMERICA CENTER DRIVE, SUITE 100   SAN JOSE, CA 95002
15873501   BLS EUROPE REGISTRY   35−39 MOORGATE   LONDON EC2R 6AR, UNITED KINGDOM
15873502   BOX, INC.   900 JEFFERSON AVE   REDWOOD CITY, CA 94063
15873503   BOX.COM   BOX, INC.   900 JEFFERSON AVE   REDWOOD CITY, CA 94063
15873504   BRIGADIER GENERAL OLE FAUSKE   C/O TEAM RUBICON NORGE   PO 69   2024, GJERDRUM, NORWAY
15873505   CANADA CRA   1050 NOTRE DAME AVENUE   SUDBURY, ON P3A 5C2
15873506   CHASE BANK   270 PARK AVENUE   NEW YORK, NY 10017
15873507   CHASE BANK   4919 MEMORIAL HWY, FL 1   TAMPA, FL 33634−7509
15873508   CHASE BANK HEADQUARTERS   270 PARK AVENUE   NEW YORK, NY 10017
15873509   CHASE CARD   4919 MEMORIAL HWY, FL 1   TAMPA, FL 33634−7509
15873510   CHASE CARDMEMBER SERVICE   PO BOX 6294   CAROL STREAM, IL 60197−6294
15873511   CHUBB   ACE AMERICAN INSURANCE COM   ATTN: BOX #10678   5505 N. CUMBERLAND AVE, STE 307   CHICAGO, IL 60656−1471
15873512   CHUBB NORTH AMERICAN CLAIM   PO BOX 5122   SCRANTON, PA 18505−0554
15873513   COGENCY GLOBAL INC.   600 WILSHIRE BLVD #980   18TH FLOOR   LOS ANGELES, CA 90017
15873514   COMMONWEALTH OF MASSACHUSETTS   305 SOUTH ST   JAMAICA PLAIN, MA 02130
15873515   DAVID CHINN   C/O MCKINSEY & CO   THE POST BUILDING   100 MUSEUM ST   LONDON WC1A 1PB, UNITED KINGDOM
15873516   DAVID FASCINATO   131 EASTWOOD RD   TORONTO ON M42E1
15873517   DELTA   1030 DELTA BLVD   ATLANTA, GA 30354
15873518   DIGITALOCEAN HQ   101 AVENUE OF THE AMERICAS   NEW YORK, NY 10013
15873519   DISASTER RELIEF AUSTRALIA   1/299 ELIZABETH STREET   SYDNEY NSW 2000 AUSTRALIA
15873520   DR. CHARLES KALMBACH   4136 SPRING ISLAND   OKATIE, SC 29909
15873704   Department of Labor   Division of Unemployment Insurance   P.O. Box 9953   Wilmington, DE 19809
15873521   E−RISK SERVICES, LLC   NORTHWEST PROFESSIONAL CENTER   227 US HWY 206   SUITE 302   FLANDERS, NJ 07836−9174
15873522   ED HILL   1817 19TH ST NW APT 3   WASHINGTON, DC 20009
15873523   EMT UTAH   1135 S W TEMPLE #100   SALT LAKE CITY, UT 84101
15873524   EUROPE REGISTRY   35 − 39 MOORGATE   LONDON EC2R 6AR, UNITED KINGDOM
15873525   EXPENSIFY   88 KEARNY STREET, STE 1600   SAN FRANCISCO, CA 94108−5543
15873526   FACEBOOK   1601 WILLOW ROAD   MENLO PARK, CA 94025
15873527   FILION WAKELY THORUP ANGELETTI, LLP   BAY ADELAIDE CENTRE   333 BAY STREET, SUITE 2500   TORONTO, ONTARIO M5H 2R2, CANADA
15873528   FOUNDERS PROFESSIONAL LLC   2038 1ST AVENUE SOUTH   SAINT PETERSBURG, FL 33712
15873529   GARMIN   1200 E. 151ST STREET   OLATHE, KS 66062−3426
15874095   GAUNTLETT & ASSOCIATES   5 PELICAN VISTA DR   NEWPORT COAST CA 92657−1811
15873531   GENERAL DAVID PETRAEUS   C/O KKR   9 WEST 57TH STREET SUITE 4200   NEW YORK, NY 10019

15873532    GENERAL NICK PARKER        C/O RE:ACT DISASTER RESPONSE        SALISBURY        SP3 5DU,
UNITED KINGDOM
15873533    GEOFF TRUKENBROD        3519 N HERMITAGE AVE        CHICAGO, IL 60657
15873534    GEOFFREY EVANS        57 PRINCE EDWARD STREET        MALABAR, NSW,
2036        AUSTRALIA
15873535    GEORDIE YOUNG        C/O GLUSKIN SCHEFF        333 BAY ST #5100        TORONTO, ON M5H 2R2,
CANADA
15873536    GO DADDY        14455 HAYDEN ROAD, SUITE 100        SCOTTSDALE, AZ 85260
15873537    GOOGLE APPS        1600 AMPHITHEATRE PARKWAY        MOUNTAIN VIEW, CA 94043
15873538    GUSTO        525 20TH STREET #405        SAN FRANCISCO, CA 94107
15873539    HERTZ        8501 WILLIAMS ROAD        ESTERO, FL 33928        HOFFMAN INSTITUTE
FOUNDATION        1299 4TH STREET, 6TH FLOOR        SAN RAFAEL, CA 94901
15873540    INTUIT QUICKBOOKS        INTUIT CORPORATE HEADQUART        2632 MARINE
WAY        MOUNTAIN VIEW, CA 94043
15873542    JAKE WOOD        C/O TEAM RUBICON USA        300 NORTH CONTINENTAL BLVD        SUITE
150        EL SEGUNDO, CA 90245
15873541    JAKE WOOD        C/O TEAM RUBICON USA        6171 W CENTURY BLVD #310        LOS ANGELES, CA
90045
15873543    KATZ, MARSHALL & BANKS, LLP        ATTN: AVI KUMIN        1718 CONNECTICUT AVENUE,
NW        6TH FLOOR        WASHINGTON, DC 20009
15873544    KESSELMAN BRANTLY STOCKINGER        1230 ROSECRANS AVE SUITE 400        MANHATTAN
BEACH, CA 90266
15873545    KIRK JACKSON        11300 NORTHVIEW DR        ALEDO, TX 76008
15873546    LIBERTY MUTUAL INSURANCE COMPANY        175 BERKELEY STREET        BOSTON, MA
02116
15873547    MAILCHIMP        THE ROCKET SCIENCE GROUP, LLC        675 PONCE DE LEON AVE
NE        ATLANTA, GA 30308
15873548    MAJOR GENERAL MICK SLATER        C/O DISASTER RELIEF AUSTRALIA        1/299 ELIZABETH
STREET        SYDNEY NSW 2000 AUSTRALIA
15873549    MAKEOFFICES        2000 PENNSYLVANIA NW        SUITE 700        WASHINGTON, DC 20006
15873550    MAKEOFFICES        3100 CLARENDON BOULEVERD SUITE 200        ARLINGTON, VA 22201
15873551    METRICS CHARTERED PROFESSIONAL ACCOUNTING        602 BROUGHTON ST UNIT
300        VICTORIA, BC V8W 1C7, CANADA
15873552    MISSION EDGE        2820 ROOSEVELT DRIVE #104        SAN DIEGO, CA 92106
15873553    MO 2000 PENN, LLC        2000 PENNSYLVANIA NW        SUITE 700        WASHINGTON, DC
20006
15873554    NATIONAL REGISTRY        6610 BUSCH BLVD        COLUMBUS, OH 43229
15873555    PWC CHARITABLE FOUNDATION        300 MADISON AVENUE        NEW YORK, NY 10017
15873556    PWC FOUNDATION        4040 W BOYSCOUT BLVD.        TAMPA, FL 33607
15873557    RE:ACT DISASTER RESPSONE        SALISBURY        SP3 5DU        UNITED KINGDOM
15873559    SCOTTSDALE INSURANCE COMPANY        8877 NORTH GAINEY CENTER DRIVE        SCOTTSDALE,
AZ 85258
15873558    SCOTTSDALE INSURANCE COMPANY        ONE NATIONWIDE PLAZA        COLUMBUS, OH
43215
15874096    SMALLPDF        STEINSTRASSE 21        8003 ZRICH        SWITZERLAND
15873561    SOFTWAREKEEP CA        1231 PACIFIC BLVD        VANCOUVER, BC V6Z 0E2, CANADA
15873562    SPIN TECHNOLOGY, INC.        2100 GENG RD #210        PALO ALTO, CA 94303
15873563    SPOKEO        119 SOUTH LOS ROBLES AVENU        PASADENA, CA 91101
15873564    SPRUSON & FERGUSON        GPO BOX 3898        SYDNEY NSW 2001        AUSTRALIA
15873565    STARR FOUNDATION        399 PARK AVENUE, 3RD FLOOR        NEW YORK, NY 10022
15873703    State of Delaware        Division of Revenue        820 N. French Street, 8th Floor        Wilmington, DE
19801–0820
15873566    T–MOBILE        3618 FACTORIA BLVD SE        BELLEVUE, WA 98006
15873567    TEAM RUBICON CANADA        4230 SHERWOODTOWN BLVD STE 200        MISSISSAUGA, ON L4Z
2GT CANADA
15873489    TEAM RUBICON GLOBAL, LTD.        2000 PENNSYLVANIA AVENUE NW #7000        WASHINGTON, DC
20006–1921
15873568    TEAM RUBICON NORGE        PO BOX 69        2024, GJERDRUM, NORWAY
15873569    TEAM RUBICON UK        CHILMARK        SALISBURY        SP3 5DU
15874097    TEAM RUBICON UK        DISASTER RELIEF AUSTRALIA        1/299 ELIZABETH STREET        SYDNEY
NSW 2000        AUSTRALIA
15873570    TEAM RUBICON USA        6171 W. CENTURY BLVD., SUITE 31        LOS ANGELES, CA 90045
15873571    TEAM RUBICON, INC.        1030 WEST HILLCREST BLVD.        INGLEWOOD, CA 90301
15873572    TRANSAMERICA        4333 EDGEWOOD ROAD NE        CEDAR RAPIDS, IA 52499
15873573    TRAVELERS PROPERTY CASUALTY COMPANY        OF AMERICA        485 LEXINGTON
AVENUE        NEW YORK, NY 10017
15873574    UBER TECHNOLOGIES INC.        1455 MARKET ST, 4TH FL        SAN FRANCISCO, CA 94103
15873575    UNDERHILL INSURANCE AGENCY        5951 CANOGA AVENUE        WOODLAND HILLS, CA
91367
15873576    UNDERHILL INSURANCE AGENCY, INC.        PO BOX 6545        WOODLAND HILLS, CA 91365
15874098    UNITED HEALTHCARE        11000 OPTUM CIRCLE        EDEN PRAIRIE, MN 55344
15873578    UPS        55 GLENLAKE PARKWAY NE        ATLANTA, GA 30328
15873580    USPS        2577 N HWY 162        EDEN, UT 84310
15873579    USPS        475 L'ENFANT PLAZA SW        WASHINGTON, DC 20260–0010
15873582    WAL–MART        1959 WALL AVE        OGDEN, UT 84401
15873581    WAL–MART        702 SW 8TH STREET        BENTONVILLE, AR 72712
15873584    WALGREENS        1208 WASHINGTON BLVD        OGDEN, UT 84404
15873583    WALGREENS        200 WILMOT RD        MS #2002        DEERFIELD, IL 60015

15873585   WEGNER LLP CPA        2921 LANDMARK PLACE, SUITE 300        MADISON, WI 53713
15873586   WILLIAM MCNULTY        4378 SUNRISE DRIVE        EDEN, UT 84310
15873587   ZELLE PAY        16552 N 90TH ST        SCOTTSDALE, AZ 85260–1619
15873588   ZELLE PAY        CHASE BANK        4919 MEMORIAL HWY, FL 1        TAMPA, FL 33634–7509
15874099   ZUBAS & ASSOCIATES        ATTN: DANIEL HASSELL AND TED FLELL        191 JOHN ST
           #300        TORONTO, ON M5T 1X3        CANADA

TOTAL: 106