# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM RUBICON GLOBAL, LTD., | Case No. 21-10522 (JTD) |
| Debtor. | **Hearing Date: January 26, 2022 at 11:00 a.m.**<br>**Objection Deadline: January 17, 2022 at 4:00 p.m.** |

## NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING SETTLEMENT AGREEMENT WITH TEAM RUBICON, INC.

PLEASE TAKE NOTICE that Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") of the estate of Team Rubicon Global, Ltd., has filed the **Motion of the Chapter 7 Trustee for an Order Approving Settlement Agreement with Team Rubicon, Inc.** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), by **January 17, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **January 26, 2022 at 11:00 a.m. (ET)**, before the John T. Dorsey, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

2

| | |
|---|---|
| Dated:  January 3, 2022 | */s/ David W. Carickhoff*<br>David W. Carickhoff (No. 3715)<br>ARCHER & GREINER, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Telephone: 302-777-4350<br>Facsimile:  302-777-4352<br>E-mail: dcarickhoff@archerlaw.com<br><br>Counsel for the Chapter 7 Trustee |

223028875v1