**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM RUBICON GLOBAL, LTD., | Case No. 21-10522 (JTD) |
| Debtor. | **Re: Docket No. \_\_\_** |

**ORDER APPROVING SETTLEMENT AGREEMENT WITH TEAM RUBICON, INC.**

Upon the motion (the "Motion")[1] of the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Team Rubicon Global, Ltd. ("Estate") seeking entry of an order approving the Settlement Agreement with Team Rubicon, Inc. ("TRI") pursuant to Bankruptcy Rule 9019 and the Court having reviewed the Motion, the Settlement Agreement, and the settlement described therein (the "Settlement"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion; and after due deliberation, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Settlement Agreement and the Settlement described therein are hereby approved.

3. The Trustee is hereby authorized to take all actions necessary or desirable to effectuate the Settlement.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

4. The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Settlement Agreement and (ii) resolve any disputes arising under or in connection with the Settlement Agreement.  Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

222921787v1