**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM RUBICON GLOBAL, LTD., | Case No. 21-10522 (JTD) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, David W. Carickhoff, hereby certify that on January 3, 2022, I caused true and correct copies of the **Motion of the Chapter 7 Trustee for an Order Approving Settlement Agreement with Team Rubicon, Inc.** to be served on all parties named in the attached service list via electronic mail.

Dated:  January 3, 2022

      /s/  *David W. Carickhoff*
David W. Carickhoff (No. 3715)
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com

*Counsel to Alfred T. Giuliano,*
*Chapter 7 Trustee*

## **SERVICE LIST**

Office of The United States Trustee
Attn: Benjamin A. Hackman, Esq.
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

Team Rubicon Global, Ltd.
c/o Chipman Brown Cicero & Cole, LLP
Attn: Mark D. Olivere, Esq.
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
Email: olivere@chipmanbrown.com

Team Rubicon, Inc.
c/o Richards Layton & Finger, PA
Attn:   Marcos Alexis Ramos, Esq.
            Michael J. Merchant, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: ramos@rlf.com
            merchant@rlf.com

Team Rubicon, Inc.
c/o Latham & Watkins LLP
Attn:   Matthew S. Salerno, Esq.
            Elizabeth A. Parvis, Esq.
885 Third Avenue
New York, NY 10022
Email: matthew.salerno@lw.com
            elizabeth.parvis@lw.com

Team Rubicon, Inc.
c/o Latham & Watkins LLP
Attn: Matthew W. Walch, Esq.
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Email:  matthew.walch@lw.com

Janet M. Spears
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Email: jspears@aldridgepite.com

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collection sSupport Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Email: ra-li-ucts-bankrupt@state.pa.us

223029815v1