# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: TEAM RUBICON GLOBAL LTD | § | Case No. 21-10522-JTD |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 05, 2021. The undersigned trustee was appointed on March 08, 2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        98,284.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 22,640.13 |
   | Bank service fees | 4,399.67 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 71,244.78 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/17/2021 and the deadline for filing governmental claims was 09/01/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,164.23. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,164.23, for a total compensation of $8,164.23.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $56.24, for total expenses of $56.24.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/24/2023      By: /s/Alfred T. Giuliano, Trustee (DE)
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-10522-JTD  
**Case Name:** TEAM RUBICON GLOBAL LTD  

**Period Ending:** 03/24/23

**Trustee:** (500670) Alfred T. Giuliano, Trustee (DE)  
**Filed (f) or Converted (c):** 03/05/21 (f)  
**§341(a) Meeting Date:** 04/02/21  
**Claims Bar Date:** 06/17/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase - Checking Ending 5226 | 107,574.96 | 107,574.96 | | 34,139.15 | FA |
| 2 | JPMorgan Chase - SBA Loan Ending 2001<br>    Thsi as a PPP loan advance, not an asset | 47,275.00 | 100.00 | | 0.00 | FA |
| 3 | JPMorgan Chase - SBA Loan Ending 5632<br>    This is a PPP loan advance, not an asset. | 31,250.00 | 100.00 | | 0.00 | FA |
| 4 | Prepayment on United Health Care Insurance | 11,114.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts Receivable<br>    Per the 341 hearing, no receivables due | 200,000.00 | 0.00 | | 0.00 | FA |
| 6 | Office Equipment | 14,465.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous Refunds  (u)<br>    American Express Foundation Received $88.68, $88.68<br>Charities Aid Foundation of America re: Cyberrants, LLC Received $30.00<br>Chase Card Services (Turnover by William McNulty) Received $23.65; $139.27<br>Ascensus Trust (Funds sent in error prior to bankruptcy) Received $7,684.15<br>Chipman Brown Cicero & Cole, LLP (Unused Retainer) Received $5,482.00<br>Gusto, Inc. (District of Columbia Unclaimed Property) Received $609.00 | 7,915.16 | 7,915.16 | | 14,145.43 | FA |
| 8 | Team Rubicon Inc Lawsuit  (u)<br>    Team Rubicon Global, Ltd. filed a lawsuit against Team Rubicon in the U. S. District Court for the Southern District of New York under the caption Team Rubicon Global, Ltd. v. Team Rubicon, Inc., Index No.: 1:20-cv-2537<br><br>-Team Rubicon (non-debtor) owns and has the sole right to license certain trademarks and intellectual property, including but not limited to the trademarks listed in Schedule A of the settlement agreement.<br>-Team Rubicon and Team Rubicon Global, Ltd. entered into a certain Master Trademark License | 50,000.00 | 50,000.00 | | 50,000.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-10522-JTD  
**Case Name:** TEAM RUBICON GLOBAL LTD

**Trustee:** (500670) Alfred T. Giuliano, Trustee (DE)  
**Filed (f) or Converted (c):** 03/05/21 (f)  
**§341(a) Meeting Date:** 04/02/21

**Period Ending:** 03/24/23

**Claims Bar Date:** 06/17/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Agreement, which provided Team Rubicon Global the exclusive right to use and sublicense the Team Rubicon Marks outside of the U. S. under the terms and conditions set forth in the Master Trademark License Agreement ("MTLA"). <br>-The MTLA required, amoong other things, that Team Rubicon Global may only register Internet domain names that use the TR Marks provided that "such Internet domain nam shall be registered in the name of, on behalf of, and for Team Rubicon" <br>-Per the MTLA, upon the expiration or termination of the MTLA, TRG was obligated to take certain actions relating to the end of the MTLA license, including but not limited to assigning any domain names registered by Team Rubicon Global to Team Rubicon and to take all steps required by the applicable domain name registrar to complete such assignment to Team Rubicon within thirty days of such termination. <br>-Between 2015 - 2019 TRG entered into certain sublicense agreements with various third-party organizations for the use of the TR Marks internationally; <br>-Certain disputes have arisen between TR and TRG regarding the conduct of certain TR-Xs and TRG's compliance with the terms and conditions of the MTLA. <br>-The terms of the Agreement, Team Rubicon shall make payment of $50k to the Debtor | | | | | |
| **8   Assets   Totals** (Excluding unknown values) | **$469,594.12** | **$165,690.12** | | **$98,284.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 30, 2025   **Current Projected Date Of Final Report (TFR):**   March 24, 2023  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 21-10522-JTD  
**Case Name:** TEAM RUBICON GLOBAL LTD  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******3266 - Checking Account  

**Taxpayer ID #:** **-***5737  
**Period Ending:** 03/24/23  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/21 | {7} | American Express Foundation | Turnover of Funds re: A/E Program | 1229-000 | 88.68 | | 88.68 |
| 03/15/21 | {7} | American Express Company | Turnover of Funds re: A/E Campaign | 1229-000 | 88.68 | | 177.36 |
| 03/15/21 | {7} | CAF America | Turnover of Funds re: CyberGrants, LLC | 1229-000 | 30.00 | | 207.36 |
| 03/26/21 | {1} | JPMorgan Chase Bank, N.A. | Turnover of Funds re: Account Ending 5226 | 1129-000 | 104,927.15 | | 105,134.51 |
| 03/31/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 28.20 | 105,106.31 |
| 04/08/21 | {7} | Chase Card Services | Turnover of Funds by William McNulty | 1229-000 | 23.65 | | 105,129.96 |
| 04/28/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 105,129.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 105,158.16 | 105,158.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 105,129.96 | |
| | | | **Subtotal** | | 105,158.16 | 28.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$105,158.16** | **$28.20** | |

{} Asset reference(s)

Printed: 03/24/2023 04:37 PM    V.20.50

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 21-10522-JTD | | Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
|---|---|---|---|---|
| Case Name: | TEAM RUBICON GLOBAL LTD | | Bank Name: | TriState Capital Bank |
| | | | Account: | ******1215 - Checking Account |
| Taxpayer ID #: | **-***5737 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/24/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/28/21 | | Transfer Credit | Transition Transfer Credit from Mechanics Bank | 9999-000 | 105,129.96 | | 105,129.96 |
| 04/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 168.48 | 104,961.48 |
| 05/06/21 | {7} | Ascensus Trust Company | Turnover of Funds | 1229-000 | 7,684.15 | | 112,645.63 |
| 05/28/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 166.04 | 112,479.59 |
| 06/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 198.30 | 112,281.29 |
| 07/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 179.95 | 112,101.34 |
| 08/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 191.64 | 111,909.70 |
| 09/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 179.36 | 111,730.34 |
| 10/01/21 | {7} | Chipman Brown Cicero & Cole, LLP | Return of Unused Retainer | 1229-000 | 5,482.00 | | 117,212.34 |
| 10/12/21 | 10101 | International Sureties, Ltd | Additional Bond Premium Assessed - Ledger Balance as of 10/07/21 for Bond No.: 016026389 Period 01/01/21 - 01/01/22 | 2300-000 | | 5.99 | 117,206.35 |
| 10/29/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 181.30 | 117,025.05 |
| 11/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 200.06 | 116,824.99 |
| 12/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 193.48 | 116,631.51 |
| 01/07/22 | 10102 | International Sureties, Ltd | Bond Premium - Ledger Balance as of 01/07/22 for Bond No.: 016026389 Period 01/01/22 - 01/01/23 | 2300-000 | | 61.51 | 116,570.00 |
| 01/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 180.67 | 116,389.33 |
| 02/10/22 | {8} | Team Rubicon, Inc. | Settlement Pursunat to Order [Docket No.: 48] | 1249-000 | 50,000.00 | | 166,389.33 |
| 02/28/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 216.86 | 166,172.47 |
| 03/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 292.98 | 165,879.49 |
| 04/29/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 256.99 | 165,622.50 |
| 05/26/22 | 10103 | Archer & Greiner PC | First Fee Application for Professional Services and Reimbursement of Expenses for Period of March 5, 2021 - March 31, 2022 [Docket No.: 53] | | | 22,536.42 | 143,086.08 |
| | | | First Fee Application for Professional Services for Period of March 5, 2021 - March 31, 2022        22,514.50 | 3210-000 | | | 143,086.08 |
| | | | First Fee Application for Reimbursement of Expenses for Period of March 5, 2021 - March 31, 2022        21.92 | 3220-000 | | | 143,086.08 |
| 05/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 256.60 | 142,829.48 |

Subtotals :        $168,296.11        $25,466.63

{} Asset reference(s)                                                                                                                                Printed: 03/24/2023 04:37 PM    V.20.50

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 21-10522-JTD | Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
|---|---|---|---|
| Case Name: | TEAM RUBICON GLOBAL LTD | Bank Name: | TriState Capital Bank |
| | | Account: | ******1215 - Checking Account |
| Taxpayer ID #: | **-***5737 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/24/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 271.11 | 142,558.37 |
| 07/29/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 220.86 | 142,337.51 |
| 08/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 250.94 | 142,086.57 |
| 09/09/22 | 10104 {1} | PricewaterhouseCoopers Charitable Foundation, Inc. | Turnover of Restructed Grant Funds | 1129-000 | -70,788.00 | | 71,298.57 |
| 09/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 193.69 | 71,104.88 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 110.16 | 70,994.72 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 121.38 | 70,873.34 |
| 12/27/22 | {7} | Chase Card Services | Refunds CC Account Ending 6278 | 1229-000 | 139.27 | | 71,012.61 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 113.61 | 70,899.00 |
| 01/17/23 | 10105 | International Sureties, Ltd | Bond Premium Assessed - Ledger Balance as of 01/17/23 for Bond No.: 016026389 Period 01/01/23 - 01/01/24 | 2300-000 | | 36.21 | 70,862.79 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 121.19 | 70,741.60 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 105.82 | 70,635.78 |
| 03/20/23 | {7} | Gusto, Inc. | Turnover of Funds from Unclaimed Property | 1229-000 | 609.00 | | 71,244.78 |
| | | | ACCOUNT TOTALS | | 98,256.38 | 27,011.60 | $71,244.78 |
| | | | Less: Bank Transfers | | 105,129.96 | 0.00 | |
| | | | Subtotal | | -6,873.58 | 27,011.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $-6,873.58 | $27,011.60 | |

| | |
|---|---|
| Net Receipts : | 98,284.58 |
| Net Estate : | $98,284.58 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3266** | 105,158.16 | 28.20 | 0.00 |
| **Checking # ******1215** | -6,873.58 | 27,011.60 | 71,244.78 |
| | $98,284.58 | $27,039.80 | $71,244.78 |

{} Asset reference(s)

Printed: 03/24/2023 04:37 PM   V.20.50

# Exhibit C - Claims Register

## Case:  21-10522-JTD    TEAM RUBICON GLOBAL LTD

Claims Bar Date:  06/17/21

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Edward Hill<br>1817 19th Street, NW<br>Apt. 3<br>Washington, DC 20009<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/30/21 | Claim Withdrew [Docket No.: 22]<br>Claim Submitted as $749.62 General Unsecured (Prepayment for April, 2021 Insurance Coverage) [Coverage Ended 04/01/21] | $749.62<br>$0.00 | $0.00 | $0.00 |
| 2 | Kesselman Brantly Stockinger<br>1230 Rosecrans Avenue, Suite 400<br><br>Manhattan Beach, CA 90266<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/05/21 | Claim Submitted as $9,056.50 General Unsecured [No Supporting Document Provided] | $9,056.50<br>$9,056.50 | $0.00 | $9,056.50 |
| 3 | Gauntlett & Associates<br>5 Pelican Vista Drive<br><br>Newport Coast, CA 92657<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/06/21 | Claim Submitted as $5,986.27 General Unsecured | $5,986.27<br>$5,986.27 | $0.00 | $5,986.27 |
| 4 | JPMorgan Chase Bank, N. A.<br>c/o Mark A. Jarman<br>P.O. Box 29550 Mail Code AZ1-42E3<br>Phoenix, AZ 85038<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/12/21 | 2001<br>PPP Note $165,275.00 General Unsecured<br>Principal balances due as of 03/05/21<br>Account Ending 2001 $47,275.00<br>Account Ending 2002 $31,250.00 | $78,525.00<br>$78,525.00 | $0.00 | $78,525.00 |
| AG | Archer & Greiner PC<br>300 Delaware Avenue, Suite 1100<br><br>Wilmington, DE 19801-1670<br><br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>03/05/21 | 1st Fee Application 03/5/2021 - 3/31/2022 $22,514.50 $21.92<br>2nd & Final Fee Application 04/01/22 - 01/31/23 $4,090.50 $15.50 plus Additional $1,000.00 | $27,605.00<br>$27,605.00 | $22,514.50 | $5,090.50 |
| AG | Archer & Greiner PC<br>300 Delaware Avenue, Suite 1100<br><br>Wilmington, DE 19801-1670<br><br><3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>03/05/21 | 1st Fee Application 03/5/2021 - 3/31/2022 $22,514.50 $21.92<br>2nd & Final Fee Application 04/01/22 - 01/31/23 $4,090.50 $15.50 | $37.42<br>$37.42 | $21.92 | $15.50 |

# Exhibit C - Claims Register

## Case:  21-10522-JTD    TEAM RUBICON GLOBAL LTD

Claims Bar Date:   06/17/21

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATG | A. T. Giuliano, P.C. 2301 E. Evesham Road Pavillion 800, Suite 210 Voorhees, NJ 08043 <2100-00   Trustee Compensation>,  200 | Admin Ch.  7 03/05/21 | | $8,164.23 $8,164.23 | $0.00 | $8,164.23 |
| ATG | A. T. Giuliano, P.C. 2301 E. Evesham Road Pavillion 800, Suite 210 Voorhees, NJ 08043 <2200-00   Trustee Expenses>,  200 | Admin Ch.  7 03/05/21 | | $56.24 $56.24 | $0.00 | $56.24 |
| GMC | Giuliano, Miller & Co., LLC 2301 E. Evesham Road Pavilion 800, Suite 210 Voorhees, NJ 08043 <3310-00   Accountant for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7 03/05/21 | Accountants and Financial Advisors to the Trustee 1st and Final Fee Application for Period of 03/05/21 - 03/21/23 $12,333.50 $56.30 | $12,333.50 $12,333.50 | $0.00 | $12,333.50 |
| GMC | Giuliano, Miller & Co., LLC 2301 E. Evesham Road Pavilion 800, Suite 210 Voorhees, NJ 08043 <3320-00   Accountant for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7 03/05/21 | Accountants and Financial Advisors to the Trustee 1st and Final Fee Application for Period of 03/05/21 - 03/21/23 $12,333.50 $56.30 | $56.30 $56.30 | $0.00 | $56.30 |
| BOND | International Sureties, Ltd 701 Poydras Street, Suite 420 New Orleans, LA 70139 <2300-00   Bond Payments>,  200 | Admin Ch.  7 03/05/21 | | $103.71 $103.71 | $103.71 | $0.00 |
| NOTFILED | Adam Szafran 40 Farwell Brook Rd Gray, ME 04039 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/05/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | Adobe 345 Park Avenue San Jose, CA 95110-2704 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/05/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | Box, Inc. 900 Jefferson Ave Redwood City, CA 94063 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/05/21 | | $0.00 $0.00 | $0.00 | $0.00 |

# Exhibit C - Claims Register

## Case:  21-10522-JTD    TEAM RUBICON GLOBAL LTD

Claims Bar Date:  06/17/21

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Chase<br>270 Park Avenue<br>New York, NY 10017<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | 2001 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase Bank<br>270 Park Avenue<br>New York, NY 10017<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | 6322 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase Cardmember Service<br>PO Box 6294<br>Carol Stream, IL 60197-6294<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | 6278 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | David Fascinato<br>131 Eastwood Rd<br>Toronto ON M42E1<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | DigitalOcean<br>101 Avenue of the Americas<br>New York, NY 10013<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Gusto<br>525 20th Street #405<br>San Francisco, CA 94107<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Intuit Quickbooks<br>Intuit Corporate Headquarters<br>2632 Marine Way<br>Mountain View, CA 94043<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Kirk Jackson<br>11300 Northview Dr<br>Aledo, TX 76008<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | MakeOffices<br>2000 Pennsylvania NW<br>Suite 7000<br>Washington, DC 20006<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | | | Case Total: | | $22,640.13 | $119,284.04 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 21-10522-JTD
Case Name: TEAM RUBICON GLOBAL LTD
Trustee Name: Alfred T. Giuliano, Trustee (DE)

**Balance on hand:**  $  71,244.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  71,244.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 8,164.23 | 0.00 | 8,164.23 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 56.24 | 0.00 | 56.24 |
| Attorney for Trustee, Fees - Archer & Greiner PC | 27,605.00 | 22,514.50 | 5,090.50 |
| Attorney for Trustee, Expenses - Archer & Greiner PC | 37.42 | 21.92 | 15.50 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 12,333.50 | 0.00 | 12,333.50 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 56.30 | 0.00 | 56.30 |
| Other Expenses: International Sureties, Ltd | 103.71 | 103.71 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $  25,716.27
Remaining balance:  $  45,528.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  45,528.51

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 45,528.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,567.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Edward Hill | 0.00 | 0.00 | 0.00 |
| 2 | Kesselman Brantly Stockinger | 9,056.50 | 0.00 | 4,406.74 |
| 3 | Gauntlett & Associates | 5,986.27 | 0.00 | 2,912.82 |
| 4 | JPMorgan Chase Bank, N. A. | 78,525.00 | 0.00 | 38,208.95 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 45,528.51 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**