## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on 03/08/21.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $8,164.23 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $56.24 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. **COMPUTATION OF COMPENSATION**

Total disbursement to parties in interest, *EXCLUDING DISBURSEMENT TO THE DEBTOR*, are $98,284.58. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ 5,000 | = | $ | 1,250.00 |
| 10% on next | $ 45,000 | = | $ | 4,500.00 |
| 5% on next | $ 950,000 | = | $ | 2,414.23 |
| 3% on balance over | $ 1,000,000 | = | $ | 0.00 |
| Total Compensation | | = | $ | 8,164.23 |

7. **TRUSTEE EXPENSES ITEMIZATION**

| Description of Expense | Amount of Expense |
|---|---|
| Bond Premium | $ 0.00 |
| Travel | $ 0.00 |
| Copies – 437 @ $ .10 Each | $ 43.70 |
| Postage | $ 12.54 |
| Telephone | $ 0.00 |
| Clerical | $ 0.00 |
| Paralegal | $ 0.00 |
| Supplies | $ 0.00 |
| Distribution Expenses | $ 0.00 |
| Professional Expenses | $ 0.00 |
| Other | $ 0.00 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $8,164.23 and reimbursement of expenses in the amount of $56.24.

Dated: 3/24/23

Alfred T. Giuliano, Chapter 7 Trustee

Printed: 03/24/23 04:44 PM

# Trustee's Compensation

**Debtor:** TEAM RUBICON GLOBAL LTD  **Case:** 21-10522

## Computation of Compensation

Total disbursements to other than the debtor are: 98,284.58

Pursuant to 11 U.S.C. 326, compensation is computed as follows:

| | | | |
|---|---:|---|---:|
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 48,284.58 | = | 2,414.23 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---|---:|
| Calculated Total Compensation: | $8,164.23 |
| Plus Adjustment: | 0.00 |
| Total Compensation: | $8,164.23 |
| Less Previously Paid: | 0.00 |
| Total Compensation Requested: | $8,164.23 |

## Trustee Expenses

| | | |
|---|---|---:|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 437 copies at 10.0 cents per copy | 43.70 |
| Postage | | 12.54 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |

| | |
|---|---:|
| Subtotal Expenses: | $56.24 |
| Plus Adjustment: | 0.00 |
| Total Expenses: | $56.24 |
| Less Previously Paid: | 0.00 |
| Total Expenses Requested: | $56.24 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $8,164.23 as compensation and $56.24 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 03/24/23         Signed: _____

Alfred T. Giuliano, Trustee
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043



# Giuliano Miller & Company, LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ  08043
Phone:  856-767-3000     Fax:  856-767-3500

Team Rubicon Global, Ltd.
c/o Alfred T. Giuliano, Chapter 7 Trustee
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043

Invoice #:   26616
Date:        3/23/2023
Due Date:    4/22/2023
Client ID:   73278

*Please return top portion with remittance.*

Amount Enclosed  $ _____

For professional service rendered as follows:

| Transaction Date | Comment |
|---|---|
| 3/8/21  | t/c with attorney re: case background |
| 3/8/21  | Review schedules, petition |
| 3/8/21  | Trustee correspondence to Debtor Attorney w/document request via email (MO) |
| 3/8/21  | Email to JPMorgan re: Turnover of Funds |
| 3/8/21  | Correspondence re: address change (USPS) |
| 3/8/21  | Enter 1 cash receipt. |
| 3/9/21  | Emails re: PPP forgiveness applications |
| 3/10/21 | Emails re: case background |
| 3/10/21 | Conf call re: case background |
| 3/10/21 | Conf call with DC, Bridge, attorney; case background |
| 3/10/21 | Email to LB re: telephonic notice |
| 3/15/21 | Prepare (3) Cash Receipts |
| 3/15/21 | Preparation of Asset Notice (File) |
| 3/15/21 | Enter 3 cash receipts. |
| 3/23/21 | Review of appointment applications |
| 3/23/21 | Email to MO re: document request |
| 3/23/21 | Set up file re: Appointment of GMC |
| 3/26/21 | Prepare (1) Cash Receipt |
| 3/26/21 | Enter 1 cash receipt. |
| 3/31/21 | t/c with DR re: removing freeze |
| 4/2/21  | 341 hearing |
| 4/2/21  | Prep for 341 hearing |
| 4/8/21  | Prepare (1) Cash Receipt |
| 4/16/21 | bank reconciliation April 21-10522 |
| 4/22/21 | t/c with DR re: 401K remaining, beneficiaries |
| 4/22/21 | t/c with DC re: bond, TRI |
| 4/22/21 | Email to Creditor re: POC |
| 4/22/21 | Set up file re: 401k Plan |

Giuliano Miller & Company, LLC

| | | Invoice #: | 26616 |
|---|---|---|---|
| | | Client ID: | 73278 |

| Date | Description |
|---|---|
| 4/26/21 | t/c with Will M re: litigation apeal, costs to litigate |
| 4/26/21 | t/c with DC re: W. McNulty call, bond |
| 4/26/21 | t/c with DR re: 401K distribution to WM |
| 4/26/21 | Conf call with attorneys re: appeal, cost/benefit |
| 5/6/21 | Prepare (1) Cash Receipt |
| 5/6/21 | Enter 1 cash receipt. |
| 5/14/21 | April bank statements 21-10522 |
| 5/20/21 | Emails re: closing costs |
| 6/15/21 | May bank reconciliation 21-10522 |
| 7/14/21 | June bank reconciliation 21-10522 |
| 7/19/21 | Review of revised 5500, 8E5.5 |
| 8/18/21 | July bank reconciliation 21-10522 |
| 9/9/21 | August bank reconciliation 21-10522 |
| 10/1/21 | Prepare (1) Cash Receipt |
| 10/1/21 | Enter 1 cash receipt. |
| 10/8/21 | September Bank Reconciliation 21-10522 |
| 10/12/21 | Prepare (1) Cash Disbursement |
| 10/18/21 | Emails re: PPP forgiveness issues |
| 10/21/21 | Emails re: PPP loan forgiveness status |
| 11/12/21 | October 2021 Bank Reconciliation.21-10522 |
| 12/9/21 | November bank reconciliation 21-10522 |
| 1/7/22 | Prepare (1) Cash Disbursement |
| 1/12/22 | December bank reconciliation. 21-10522 |
| 2/4/22 | Emails re: settlement agreement |
| 2/4/22 | Create and email W-9 & Wire Instructions (DC) |
| 2/9/22 | January Bank Statements 21-10522 |
| 2/10/22 | Prepare (1) Cash Receipt |
| 2/10/22 | Enter 1 cash receipt. |
| 2/11/22 | Review emails, meet with DD re: incoming wires |
| 2/11/22 | Confirm receipt of wire via email (DC) |
| 2/11/22 | Send letterhead via email (DC) |
| 2/24/22 | t/c with attorney re: settlement payment, license use |
| 3/16/22 | February Bank Statement 21-10522 |
| 4/21/22 | Bank reconciliation March 21-10522 |
| 5/18/22 | April bank reconciliations 21-10522 |
| 5/26/22 | Prepare (1) Cash Disbursement |
| 6/15/22 | v21-10522 |
| 7/12/22 | June Bank reconciliation 21-10522 |
| 8/11/22 | July 2022 Bank reconciliation |
| 9/9/22 | Prepare (1) Cash Disbursement |

Giuliano Miller & Company, LLC

Invoice #: 26616
Client ID: 73278

| Date | Description |
|---|---|
| 9/9/22 | Email to DC re: restricted cash |
| 9/9/22 | Email to JD re: payment to PricewaterhouseCoopers |
| 9/13/22 | Follow up email re: restricted cash (DC) |
| 9/13/22 | Follow up email re: payee address to be sent FedEx |
| 9/13/22 | Prepare August 2022 Bank Reconciliation |
| 9/14/22 | Email to MO re: JPMorgan statement (5226) |
| 10/24/22 | September Bank Reconciliation 21-10522 |
| 11/11/22 | October 22 Bank Reconciliation 21-10522 |
| 12/6/22 | Emails with DR, DC re: domain name transfers |
| 12/14/22 | November BankStatements 21-10522 |
| 12/16/22 | Email DR re: completion of 401k |
| 12/16/22 | Provide copies of 2019 CA & Non-Profit Return (MI) |
| 12/16/22 | Email RE re: insurance |
| 12/16/22 | Email JJ re: outstanding fees |
| 12/16/22 | Preparation of TFR |
| 12/16/22 | Claims Review |
| 12/16/22 | Preparation of TDR |
| 1/12/23 | December bank reconciliation 21-10522 |
| 2/22/23 | Review Form 2 against January bank statements |
| 3/20/23 | Reconcile February bank statement with Form 2 |