# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: TEAM RUBICON GLOBAL LTD                §   Case No. 21-10522
                                              §
                                              §
Debtor(s)                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Alfred T. Giuliano, Trustee (DE), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $304,104.00                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $45,528.51   Claims Discharged
                                              Without Payment: N/A

Total Expenses of Administration: $52,756.07

---

3) Total gross receipts of $ 98,284.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $98,284.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 52,756.07 | 52,756.07 | 52,756.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 88,660.50 | 94,317.39 | 93,567.77 | 45,528.51 |
| **TOTAL DISBURSEMENTS** | $88,660.50 | $147,073.46 | $146,323.84 | $98,284.58 |

    4) This case was originally filed under Chapter 7 on March 05, 2021. The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2023          By: /s/Alfred T. Giuliano, Trustee (DE)
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| JPMorgan Chase - Checking Ending 5226 | 1129-000 | 34,139.15 |
| Miscellaneous Refunds | 1229-000 | 14,145.43 |
| Team Rubicon Inc Lawsuit | 1249-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$98,284.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Archer & Greiner PC | 3210-000 | N/A | 27,605.00 | 27,605.00 | 27,605.00 |
| Other - Archer & Greiner PC | 3220-000 | N/A | 37.42 | 37.42 | 37.42 |
| Trustee Compensation - A. T. Giuliano, P.C. | 2100-000 | N/A | 8,164.23 | 8,164.23 | 8,164.23 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Trustee Expenses - A. T. Giuliano, P.C. | 2200-000 | N/A | 56.24 | 56.24 | 56.24 |
| Accountant for Trustee Fees (Trustee Firm) - Giuliano, Miller & Co., LLC | 3310-000 | N/A | 12,333.50 | 12,333.50 | 12,333.50 |
| Accountant for Trustee Expenses (Trustee Firm) - Giuliano, Miller & Co., LLC | 3320-000 | N/A | 56.30 | 56.30 | 56.30 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 103.71 | 103.71 | 103.71 |
| Other - Mechanics Bank | 2600-000 | N/A | 28.20 | 28.20 | 28.20 |
| Other - TriState Capital Bank | 2600-000 | N/A | 168.48 | 168.48 | 168.48 |
| Other - TriState Capital Bank | 2600-000 | N/A | 166.04 | 166.04 | 166.04 |
| Other - TriState Capital Bank | 2600-000 | N/A | 198.30 | 198.30 | 198.30 |
| Other - TriState Capital Bank | 2600-000 | N/A | 179.95 | 179.95 | 179.95 |
| Other - TriState Capital Bank | 2600-000 | N/A | 191.64 | 191.64 | 191.64 |
| Other - TriState Capital Bank | 2600-000 | N/A | 179.36 | 179.36 | 179.36 |
| Other - TriState Capital Bank | 2600-000 | N/A | 181.30 | 181.30 | 181.30 |
| Other - TriState Capital Bank | 2600-000 | N/A | 200.06 | 200.06 | 200.06 |
| Other - TriState Capital Bank | 2600-000 | N/A | 193.48 | 193.48 | 193.48 |
| Other - TriState Capital Bank | 2600-000 | N/A | 180.67 | 180.67 | 180.67 |
| Other - TriState Capital Bank | 2600-000 | N/A | 216.86 | 216.86 | 216.86 |
| Other - TriState Capital Bank | 2600-000 | N/A | 292.98 | 292.98 | 292.98 |
| Other - TriState Capital Bank | 2600-000 | N/A | 256.99 | 256.99 | 256.99 |
| Other - TriState Capital Bank | 2600-000 | N/A | 256.60 | 256.60 | 256.60 |
| Other - TriState Capital Bank | 2600-000 | N/A | 271.11 | 271.11 | 271.11 |
| Other - TriState Capital Bank | 2600-000 | N/A | 220.86 | 220.86 | 220.86 |
| Other - TriState Capital Bank | 2600-000 | N/A | 250.94 | 250.94 | 250.94 |
| Other - TriState Capital Bank | 2600-000 | N/A | 193.69 | 193.69 | 193.69 |
| Other - TriState Capital Bank | 2600-000 | N/A | 110.16 | 110.16 | 110.16 |
| Other - TriState Capital Bank | 2600-000 | N/A | 121.38 | 121.38 | 121.38 |
| Other - TriState Capital Bank | 2600-000 | N/A | 113.61 | 113.61 | 113.61 |
| Other - TriState Capital Bank | 2600-000 | N/A | 121.19 | 121.19 | 121.19 |
| Other - TriState Capital Bank | 2600-000 | N/A | 105.82 | 105.82 | 105.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$52,756.07** | **$52,756.07** | **$52,756.07** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Edward Hill | 7100-000 | 0.00 | 749.62 | 0.00 | 0.00 |
| 2 | Kesselman Brantly Stockinger | 7100-000 | 9,027.00 | 9,056.50 | 9,056.50 | 4,406.74 |
| 3 | Gauntlett & Associates | 7100-000 | N/A | 5,986.27 | 5,986.27 | 2,912.82 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 78,525.00 | 78,525.00 | 38,208.95 |
| NOTFILED | Gusto | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | MakeOffices | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Intuit Quickbooks | 7100-000 | 74.20 | N/A | N/A | 0.00 |
| NOTFILED | Kirk Jackson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | DigitalOcean | 7100-000 | 86.54 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 31,250.00 | N/A | N/A | 0.00 |
| NOTFILED | David Fascinato | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Adam Szafran | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 48,047.84 | N/A | N/A | 0.00 |
| NOTFILED | Adobe | 7100-000 | 74.18 | N/A | N/A | 0.00 |
| NOTFILED | Box, Inc. | 7100-000 | 30.74 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Chase Cardmember Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$88,660.50** | **$94,317.39** | **$93,567.77** | **$45,528.51** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-10522  
**Case Name:** TEAM RUBICON GLOBAL LTD

**Period Ending:** 09/15/23

**Trustee:** (500670) Alfred T. Giuliano, Trustee (DE)  
**Filed (f) or Converted (c):** 03/05/21 (f)  
**§341(a) Meeting Date:** 04/02/21  
**Claims Bar Date:** 06/17/21

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  JPMorgan Chase - Checking Ending 5226 | 107,574.96 | 107,574.96 | | 34,139.15 | FA |
| 2  JPMorgan Chase - SBA Loan Ending 2001<br>    Thsi as a PPP loan advance, not an asset | 47,275.00 | 100.00 | | 0.00 | FA |
| 3  JPMorgan Chase - SBA Loan Ending 5632<br>    This is a PPP loan advance, not an asset. | 31,250.00 | 100.00 | | 0.00 | FA |
| 4  Prepayment on United Health Care Insurance | 11,114.00 | 0.00 | | 0.00 | FA |
| 5  Accounts Receivable<br>    Per the 341 hearing, no receivables due | 200,000.00 | 0.00 | | 0.00 | FA |
| 6  Office Equipment | 14,465.00 | 0.00 | | 0.00 | FA |
| 7  Miscellaneous Refunds  (u)<br>    American Express Foundation Received $88.68, $88.68<br>Charities Aid Foundation of America re: Cyberrants, LLC Received $30.00<br>Chase Card Services (Turnover by William McNulty) Received $23.65; $139.27<br>Ascensus Trust (Funds sent in error prior to bankruptcy) Received $7,684.15<br>Chipman Brown Cicero & Cole, LLP (Unused Retainer) Received $5,482.00<br>Gusto, Inc. (District of Columbia Unclaimed Property) Received $609.00 | 7,915.16 | 7,915.16 | | 14,145.43 | FA |
| 8  Team Rubicon Inc Lawsuit  (u)<br>    Team Rubicon Global, Ltd. filed a lawsuit against Team Rubicon in the U. S. District Court for the Southern District of New York under the caption Team Rubicon Global, Ltd. v. Team Rubicon, Inc., Index No.: 1:20-cv-2537<br><br>-Team Rubicon (non-debtor) owns and has the sole right to license certain trademarks and intellectual property, including but not limited to the trademarks listed in Schedule A of the settlement agreement.<br>-Team Rubicon and Team Rubicon Global, Ltd. entered into a certain Master Trademark License | 50,000.00 | 50,000.00 | | 50,000.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-10522  
**Case Name:** TEAM RUBICON GLOBAL LTD

**Period Ending:** 09/15/23

**Trustee:** (500670) Alfred T. Giuliano, Trustee (DE)  
**Filed (f) or Converted (c):** 03/05/21 (f)  
**§341(a) Meeting Date:** 04/02/21  
**Claims Bar Date:** 06/17/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Agreement, which provided Team Rubicon Global the exclusive right to use and sublicense the Team Rubicon Marks outside of the U. S. under the terms and conditions set forth in the Master Trademark License Agreement ("MTLA"). <br> -The MTLA required, amoong other things, that Team Rubicon Global may only register Internet domain names that use the TR Marks provided that "such Internet domain nam shall be registered in the name of, on behalf of, and for Team Rubicon" <br> -Per the MTLA, upon the expiration or termination of the MTLA, TRG was obligated to take certain actions relating to the end of the MTLA license, including but not limited to assigning any domain names registered by Team Rubicon Global to Team Rubicon and to take all steps required by the applicable domain name registrar to complete such assignment to Team Rubicon within thirty days of such termination. <br> -Between 2015 - 2019 TRG entered into certain sublicense agreements with various third-party organizations for the use of the TR Marks internationally; <br> -Certain disputes have arisen between TR and TRG regarding the conduct of certain TR-Xs and TRG's compliance with the terms and conditions of the MTLA. <br> -The terms of the Agreement, Team Rubicon shall make payment of $50k to the Debtor | | | | | |
| **8    Assets    Totals** (Excluding unknown values) | **$469,594.12** | **$165,690.12** | | **$98,284.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee's Final Report hearing was scheduled for June 27, 2023.  The Trustee will make final distribution once the Orders are entered and the objection period expires.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-10522  
**Case Name:** TEAM RUBICON GLOBAL LTD  

**Trustee:** (500670)   Alfred T. Giuliano, Trustee (DE)  
**Filed (f) or Converted (c):** 03/05/21 (f)  
**§341(a) Meeting Date:** 04/02/21  

**Period Ending:** 09/15/23  

**Claims Bar Date:** 06/17/21  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   September 30, 2025   **Current Projected Date Of Final Report (TFR):**   March 24, 2023  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 21-10522 | **Trustee:** Alfred T. Giuliano, Trustee (DE) (500670) |
| **Case Name:** TEAM RUBICON GLOBAL LTD | **Bank Name:** Mechanics Bank |
| | **Account:** ******3266 - Checking Account |
| **Taxpayer ID #:** **-***5737 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 09/15/23 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/15/21 | {7} | American Express Foundation | Turnover of Funds re: A/E Program | 1229-000 | 88.68 | | 88.68 |
| 03/15/21 | {7} | American Express Company | Turnover of Funds re: A/E Campaign | 1229-000 | 88.68 | | 177.36 |
| 03/15/21 | {7} | CAF America | Turnover of Funds re: CyberGrants, LLC | 1229-000 | 30.00 | | 207.36 |
| 03/26/21 | {1} | JPMorgan Chase Bank, N.A. | Turnover of Funds re: Account Ending 5226 | 1129-000 | 104,927.15 | | 105,134.51 |
| 03/31/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 28.20 | 105,106.31 |
| 04/08/21 | {7} | Chase Card Services | Turnover of Funds by William McNulty | 1229-000 | 23.65 | | 105,129.96 |
| 04/28/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 105,129.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 105,158.16 | 105,158.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 105,129.96 | |
| | | | **Subtotal** | | 105,158.16 | 28.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$105,158.16** | **$28.20** | |

{} Asset reference(s)   Printed: 09/15/2023 02:29 PM   V.20.50

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 21-10522 | Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
|---|---|---|---|
| Case Name: | TEAM RUBICON GLOBAL LTD | Bank Name: | TriState Capital Bank |
| | | Account: | ******1215 - Checking Account |
| Taxpayer ID #: | **-***5737 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/15/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/28/21 | | Transfer Credit | Transition Transfer Credit from Mechanics Bank | 9999-000 | 105,129.96 | | 105,129.96 |
| 04/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 168.48 | 104,961.48 |
| 05/06/21 | {7} | Ascensus Trust Company | Turnover of Funds | 1229-000 | 7,684.15 | | 112,645.63 |
| 05/28/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 166.04 | 112,479.59 |
| 06/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 198.30 | 112,281.29 |
| 07/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 179.95 | 112,101.34 |
| 08/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 191.64 | 111,909.70 |
| 09/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 179.36 | 111,730.34 |
| 10/01/21 | {7} | Chipman Brown Cicero & Cole, LLP | Return of Unused Retainer | 1229-000 | 5,482.00 | | 117,212.34 |
| 10/12/21 | 10101 | International Sureties, Ltd | Additional Bond Premium Assessed - Ledger Balance as of 10/07/21 for Bond No.: 016026389 Period 01/01/21 - 01/01/22 | 2300-000 | | 5.99 | 117,206.35 |
| 10/29/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 181.30 | 117,025.05 |
| 11/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 200.06 | 116,824.99 |
| 12/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 193.48 | 116,631.51 |
| 01/07/22 | 10102 | International Sureties, Ltd | Bond Premium - Ledger Balance as of 01/07/22 for Bond No.: 016026389 Period 01/01/22 - 01/01/23 | 2300-000 | | 61.51 | 116,570.00 |
| 01/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 180.67 | 116,389.33 |
| 02/10/22 | {8} | Team Rubicon, Inc. | Settlement Pursunat to Order [Docket No.: 48] | 1249-000 | 50,000.00 | | 166,389.33 |
| 02/28/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 216.86 | 166,172.47 |
| 03/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 292.98 | 165,879.49 |
| 04/29/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 256.99 | 165,622.50 |
| 05/26/22 | 10103 | Archer & Greiner PC | First Fee Application for Professional Services and Reimbursement of Expenses for Period of March 5, 2021 - March 31, 2022 [Docket No.: 53] | | | 22,536.42 | 143,086.08 |
| | | | First Fee Application for Professional Services for Period of March 5, 2021 - March 31, 2022 | 22,514.50 | 3210-000 | | 143,086.08 |
| | | | First Fee Application for Reimbursement of Expenses for Period of March 5, 2021 - March 31, 2022 | 21.92 | 3220-000 | | 143,086.08 |
| 05/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 256.60 | 142,829.48 |

Subtotals : $168,296.11 $25,466.63

{} Asset reference(s)

Printed: 09/15/2023 02:29 PM    V.20.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 21-10522 | | Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
|---|---|---|---|---|
| Case Name: | TEAM RUBICON GLOBAL LTD | | Bank Name: | TriState Capital Bank |
| | | | Account: | ******1215 - Checking Account |
| Taxpayer ID #: | **-***5737 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/15/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 271.11 | 142,558.37 |
| 07/29/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 220.86 | 142,337.51 |
| 08/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 250.94 | 142,086.57 |
| 09/09/22 | 10104 {1} | PricewaterhouseCoopers Charitable Foundation, Inc. | Turnover of Restructed Grant Funds | 1129-000 | -70,788.00 | | 71,298.57 |
| 09/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 193.69 | 71,104.88 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 110.16 | 70,994.72 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 121.38 | 70,873.34 |
| 12/27/22 | {7} | Chase Card Services | Refunds CC Account Ending 6278 | 1229-000 | 139.27 | | 71,012.61 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 113.61 | 70,899.00 |
| 01/17/23 | 10105 | International Sureties, Ltd | Bond Premium Assessed - Ledger Balance as of  01/17/23 for Bond No.: 016026389 Period 01/01/23 - 01/01/24 | 2300-000 | | 36.21 | 70,862.79 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 121.19 | 70,741.60 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 105.82 | 70,635.78 |
| 03/20/23 | {7} | Gusto, Inc. | Turnover of Funds from Unclaimed Property | 1229-000 | 609.00 | | 71,244.78 |
| 08/09/23 | 10106 | Archer & Greiner PC | Attorney for Trustee Fees (Other Firm) [Docket No.: 67] | 3210-000 | | 5,090.50 | 66,154.28 |
| 08/09/23 | 10107 | Archer & Greiner PC | Attorney for Trustee Expenses (Other Firm) [Docket No.: 67] | 3220-000 | | 15.50 | 66,138.78 |
| 08/09/23 | 10108 | A. T. Giuliano, P.C. | Trustee Compensation [Docket No.: 70] | 2100-000 | | 8,164.23 | 57,974.55 |
| 08/09/23 | 10109 | A. T. Giuliano, P.C. | Trustee Expenses [Docket No.: 70] | 2200-000 | | 56.24 | 57,918.31 |
| 08/09/23 | 10110 | Giuliano, Miller & Co., LLC | Accountant for Trustee Fees (Trustee Firm) [Docket No.: 68] | 3310-000 | | 12,333.50 | 45,584.81 |
| 08/09/23 | 10111 | Giuliano, Miller & Co., LLC | Accountant for Trustee Expenses (Trustee Firm) [Docket No.: 68] | 3320-000 | | 56.30 | 45,528.51 |
| 08/09/23 | 10112 | Kesselman Brantly Stockinger | Final Distribution [Docket No.: 69] | 7100-000 | | 4,406.74 | 41,121.77 |
| 08/09/23 | 10113 | Gauntlett & Associates | Final Distribution [Docket No.: 69] | 7100-000 | | 2,912.82 | 38,208.95 |
| 08/09/23 | 10114 | JPMorgan Chase Bank, N. A. | Final Distribution [Docket No.: 69] | 7100-000 | | 38,208.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 98,256.38 | 98,256.38 | $0.00 |
| | | | Less: Bank Transfers | | 105,129.96 | 0.00 | |
| | | | Subtotal | | -6,873.58 | 98,256.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $-6,873.58 | $98,256.38 | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 21-10522  
**Case Name:** TEAM RUBICON GLOBAL LTD  
**Taxpayer ID #:** **-***5737  
**Period Ending:** 09/15/23  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** TriState Capital Bank  
**Account:** ******1215 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 98,284.58 | | | | |
| | | Net Estate : | $98,284.58 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3266 | 105,158.16 | 28.20 | 0.00 |
| Checking # ******1215 | -6,873.58 | 98,256.38 | 0.00 |
| | $98,284.58 | $98,284.58 | $0.00 |

{} Asset reference(s)

Printed: 09/15/2023 02:29 PM    V.20.50