UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
TEAM RUBICON GLOBAL LTD | Chapter 7

Debtor. | Case No. 21-10522/JTD

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

A. $    98,284.58    TOTAL GROSS RECEIPTS
   $    98,284.58    TOTAL DISBURSEMENTS
   $         0.00    NET BALANCE FOR DISTRIBUTION

B. FEES AND EXPENSES

| | |
|---|---|
| $ 8,164.23 | Trustee Compensation |
| $ 56.24 | Trustee Expenses |
| $ 103.71 | Bond Payments |
| $ 4,399.67 | Bank Service Fees |
| $ 27,605.00 | Attorney for Trustee Fees (Other Firm) |
| $ 37.42 | Attorney for Trustee Expenses (Other Firm) |
| $ 12,333.50 | Accountant for Trustee Fees (Trustee Firm) |
| $ 56.30 | Accountant for Trustee Expenses (Trustee Firm) |

C. DISTRIBUTIONS

| | |
|---|---|
| $ 0.00 | Secured Creditors |
| $ 0.00 | Priority Creditors |
| $ 45,528.51 | Unsecured Creditors |
| $ 0.00 | Equity Security Holders |
| $ 0.00 | Payments to Debtors |

TOTAL DISBURSEMENTS (Sum of B & C):                    $    98,284.58

If applicable, list portion of this total distributed by Trustee in Chapter other than Chapter 7 (DO NOT include payments to debtor):

$         0.00

D.  CLAIMS ALLOWED

List amount allowed to each class of creditors (whether paid in full or not). However, if the class receives nothing, enter "0" on the line.

CLAIMS ALLOWED BY CLASS:

| | | |
|---|---|---|
| $ | 52,756.07 | Administrative Chapter 7 & 11 |
| $ | 0.00 | Secured Creditors |
| $ | 0.00 | Priority Creditors |
| $ | 93,567.77 | Unsecured Creditors |

CLAIMS PAID BY CLASS AS PROPOSED:

| | | |
|---|---|---|
| $ | 52,756.07 | Administrative Chapter 7 & 11 |
| $ | 0.00 | Secured Creditors |
| $ | 0.00 | Priority Creditors |
| $ | 45,528.51 | Unsecured Creditors |

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

DATE: September 15, 2023

_____
Alfred T. Giuliano, Trustee